

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-14-00046-CV

**ESTATE OF MARIA F. HERNANDEZ DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

We **order** appellees to file a response to appellants' Motion for Review of Excessive Supersedeas Bond. We **order** that the written response be filed in this court on or before February 13, 2014.

We **order** the clerk of this court to serve copies of this order on all pro se parties, all counsel, and the probate court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.

_____
Keith E. Hottle
Clerk of Court